DIANA MELVILLE JOHNSON FIRESTONE v.
ALBERT W. MERCK.

June 9, 1987.

Petition for certification denied.


JOHN SEWARD JOHNSON, JR. v. ALBERT W. MERCK.

June 9, 1987.

Petition for certification denied.


JOHN J. PASCALE, SR. v. DAVID P. PASCALE AND QUALITY
TOOL & DIE CO., INC.

June 9, 1987.

Petition for certification granted.   (See 216 *N.J.Super.* 133)


EDWARD J. O'KINSKY, JR. v. JAMES B. AND JOHN RICKMERS.

June 9, 1987.

Petition for certification denied.